|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 14-8926-JFW (Ex)** | Date: May 27, 2015 |

Title:   Eduardo Yamin -v- Standard Parking Corporation, et al.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION

   In light of the Joint Status Report filed on May 26, 2015 [Docket No. 28], this action is hereby **DISMISSED with prejudice**.


   IT IS SO ORDERED.